Joseph T. Ryerson & Son, Inc., Respondent, Appellant, v. Ulster Iron Works and Another, Appellants, Respondents, Impleaded with Another, Defend-

ant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.